IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DALE DUFORE,

        Petitioner,                          No. CIV S-09-0537 EFB P

    vs.

R.K. WONG,

        Respondent.                      <u>ORDER</u>

_____/

       Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

       On March 2, 2009, the court ordered petitioner to file an in forma pauperis affidavit or pay the appropriate filing fee within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

       The 30-day period has expired and petitioner has not filed an in forma pauperis affidavit, paid the appropriate filing fee, or otherwise responded to that order.

////

////

////

1

1   It therefore is ORDERED that this action is dismissed without prejudice.
2   Dated: April 22, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE